Prob 12A(10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
NOV 10 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

U.S.A. vs. Samuel Ghirmai Woldu          Docket No. Citation no.:R4003118

1:14-mj-569

### Petition on Probation

COMES NOW Eva M. Wall, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Samuel Ghirmai Woldu, who was placed on supervision by the Honorable Theresa Carroll Buchanan, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 22nd day of August, 2014, who fixed the period of supervision at six (6) months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows: **1)** the defendant shall enter and successfully complete an alcohol treatment program at the direction of the probation officer; **2)** commencing August 22, 2014, and continuing for six (6) months, the defendant may operate a motor vehicle only (a) to and from work, (b) during the course of work, if required as incident of employment, (c) to and from this court, the probation office and the alcohol treatment program and (d) to and from his classes for school; and **3)** the defendant shall pay a $250.00 fine and a $25.00 processing fee, to be paid within thirty (30) days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 10th day of November, 2014 and ordered filed and made a part of the records in the above case.
/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Theresa Carroll Buchanan
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-5-14

Eva Wall

Eva M. Wall
U.S. Probation Officer
703-299-2363

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
**Page 2**
**RE: Woldu, Samuel Ghirmai**

OFFENSE: Reckless Driving

SENTENCE: Six (6) months supervised probation with the special conditions listed on page 1.

ADJUSTMENT TO SUPERVISION: Although Mr. Woldu attended an intake/assessment at Alexandria Alcohol Safety Action Program (ASAP), he has failed to report here on two occasions and was arrested for Driving Under the Influence in Washington, DC.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION: COMMISSION OF A CRIME – DRIVING UNDER THE INFLUENCE.**

On November 4, 2014, Mr. Woldu was arrested and charged with Driving Under the Influence. This matter is scheduled to be heard in the District of Columbia on November 5, 2014.

**CONDITION 2:** **FAILURE TO REPORT TO THE PROBATION OFFICER AS DIRECTED.**

On October 16, 2014, an appointment letter was mailed to Mr. Woldu instructing him to report to this office on October 27, 2014. He failed to report that day, but telephoned this Officer on October 27, 2014, and stated he could not report that day as he had just received the letter the day before instructing him to report (Sunday, October 26, 2014). He was then directed to report on October 29, 2014.

On October 29, 2014, Mr. Woldu failed to report for that scheduled office appointment.


EMW/mbp